TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jessica.oliva@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>EDGAR JESÚS HERRERA CARRILLO. | Case No. 2:26-mj-00396-EJY<br><br>Stipulation to Continue Scheduling Conference/Status Conference |

It is hereby stipulated and agreed, by and between undersigned counsel, that the status/scheduling conference currently set for August 12, 2025, at 11 a.m., be vacated and reset to a date and time convenient to the Court, either on or before Friday, August 7, 2026, or on or after August 17, 2026.

This stipulation is entered into for the following reasons:

On May 22, 2026, the Court issued a warrant for provisional arrest with a view towards extradition of Edgar Jesús Herrera Carrillo. ECF No. 3.

The government of Mexico represented that it will submit a formal request for extradition supported by the documents specified in the extradition treaty in force between Mexico and the United States (the "Treaty")[1], and that it will do so within the timeframe

[1] Extradition Treaty Between the United States of America and the United Mexican States, U.S. Mex., May 4, 1978, 31 U.S.T. 5059, as amended by the Protocol to the Extradition

the Treaty requires, here, 60 days from the date of Herrera Carrillo's arrest. *See* ECF No. 1 at 6.

On July 31, 2026, Herrera Carrillo was arrested.

On August 3, 2026, Herrera Carrillo had his initial appearance and submitted to detention. ECF No. 5. The Court set a scheduling conference/status conference for August 12, 2026, at 11 am before Judge Elayna J. Youchah. *Id.*

Counsel for the government is unavailable the week of August 10, 2026.

This is the first request to continue this scheduling conference/status conference.

Respectfully submitted this 5th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Heidi Ojeda*
HEIDI OJEDA
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

*/s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

---

Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S. Mex., Nov. 13, 1997, S. TREATY DOC. NO. 105-46 (1998) (collectively, the "Treaty").

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>EDGAR JESÚS HERRERA CARRILLO. | Case No. 2:26-mj-00396-EJY<br><br>~~[Proposed]~~ Order |

Based on the stipulation of counsel and good cause appearing,

IT IS ORDERED that the scheduling conference/status conference currently scheduled for August 12, 2026 at 11 am is vacated and continued to August 17, 2026 at the hour of 3:00 p.m. in Courtroom 3D before Judge Elayna J. Youchah.

DATED this 6th day of August, 2026.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE