**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN THE MATTER OF THE EXTRADITION OF

EDGAR JESÚS HERRERA CARRILLO.

Case No. 2:26-mj-00396-EJY

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Status Conference currently scheduled on August 17, 2026 at the hour of 3:00 p.m., be vacated and continued to October 19, 2026 at the hour of 10 : 00 a.m.

DATED this 13th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE