MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDGAR JESUS HERRERA CARRILLO,

Defendant.

CASE NO. 2:26-mj-00396-EJY-1

**ORDER TO CONTINUE STATUS HEARING**

**(First Request)**

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That Counsel for Defendant recently received the extradition packet and needs additional time to review;

2. That Defendant is currently in custody, does not oppose the continuance, and needs additional time to review the extradition packet to consider whether to waive extradition;

3. That the Parties agree to the continuance so they may have time to discuss the needs for a briefing/hearing schedule;

4. That this is the first request for a continuance of the Status Hearing in this case;

5. That denial of this request for a continuance could result in a miscarriage of Justice; and

/ / /

/ / /

/ / /

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for October 19, 2026, at 10:00 a.m. be vacated and continued to December 16, 2026 at 9:30 a.m. in the above-noted Federal Courthouse.

DATED this 16th day of October 2026.

UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

MANINGO LAW
Est. 2002

By: /s/ Lance A. Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

MANINGO LAW Est. 2002
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com